IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS ROLON | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 12-1508 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, Commissioner of Social Security | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 21st day of February, 2013, upon careful and independent review of the brief in support of review filed by Plaintiff, Defendant's response thereto, and Plaintiff's reply thereto (Doc. Nos. 12, 13, & 14), and the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and the Commissioner having filed no Objections thereto, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the final decision of the Commissioner denying disability benefits to Plaintiff is VACATED; and

3. this matter is REMANDED to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, J.